Civil Action No.: **1:22–CV–11811–AK**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __United States Attorney General__

was received by me on (date) __October 24, 2022__ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there, on

(date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :  See attachment A.


My fees are $ ___0___ for travel and $___0___ for services, for a total of $_____0_____ .

I declare under penalty of perjury that this information is true.


__10/25/2022__                                    __/s/ Quinn Heath__
*Date*                                              *Server's Signature*

                                              Quinn Heath, in an individual capacity.
                                              *Printed name and title*

                                              476 Windsor Street, Apt. 1
                                              Cambridge, MA 02141
                                              *Server's Address*

Additional information regarding attempted service, etc:  See attachment A.

## **ATTACHMENT A**

Pursuant to Fed. R. Civ. P. 4(i), I, Quinn Heath, served the Summons and Complaint via Certified Mail, to:

Civil Process Clerk

United States Attorney's Office, District of Massachusetts

John Joseph Moakley Courthouse

One Courthouse Way, Suite 9200

Boston, MA 02210

Merrick B. Garland

Attorney General

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

U.S. Department of Defense

Office of General Counsel

1000 Defense Pentagon

Washington, DC 20301

Dated: October 25, 2022

**/s/ Quinn Heath**
_____

Quinn Heath

*Pro Se*

Civil Action No.: **1:22–CV–11811–AK**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Civil Process Clerk, United States Attorney's Office was received by me on (date) October 24, 2022.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) :  See attachment A.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

10/25/2022
Date

/s/ Quinn Heath
Server's Signature

Quinn Heath, in an individual capacity
Printed name and title

476 Windsor Street, Apt. 1
Cambridge, MA 02141
Server's Address

Additional information regarding attempted service, etc:  See attachment A.

## **ATTACHMENT A**

Pursuant to Fed. R. Civ. P. 4(i), I, Quinn Heath, served the Summons and Complaint via Certified Mail, to:

Civil Process Clerk

United States Attorney's Office, District of Massachusetts

John Joseph Moakley Courthouse

One Courthouse Way, Suite 9200

Boston, MA 02210

Merrick B. Garland

Attorney General

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

U.S. Department of Defense

Office of General Counsel

1000 Defense Pentagon

Washington, DC 20301

Dated: October 25, 2022                                                  **/s/ Quinn Heath**
                                                                        _____

                                                                        Quinn Heath

                                                                        *Pro Se*

Civil Action No.: **1:22–CV–11811–AK**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Department of Defense__

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there, on

(date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :  See attachment A.

My fees are $ ___0___ for travel and $___0___ for services, for a total of $_____0_____.

I declare under penalty of perjury that this information is true.

10/25/2022
*Date*

**/s/ Quinn Heath**
*Server's Signature*

Quinn Heath, in an individual capacity.
*Printed name and title*

476 Windsor Street, Apt. 1
Cambridge, MA 02141
*Server's Address*

Additional information regarding attempted service, etc:  See attachment A.

## **ATTACHMENT A**

    Pursuant to Fed. R. Civ. P. 4(i), I, Quinn Heath, served the Summons and Complaint via Certified Mail, to:

Civil Process Clerk

United States Attorney's Office, District of Massachusetts

John Joseph Moakley Courthouse

One Courthouse Way, Suite 9200

Boston, MA 02210

Merrick B. Garland

Attorney General

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

U.S. Department of Defense

Office of General Counsel

1000 Defense Pentagon

Washington, DC 20301

Dated: October 25, 2022

                                              **/s/ Quinn Heath**

                                              Quinn Heath

                                              *Pro Se*