UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QUINN HEATH<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF DEFENSE<br><br>*Defendant.* | Case No. 1:22-cv-11811-AK |

**AFFIDAVIT OF SERVICE**

I, Quinn Heath, hereby state and affirm as follows:

1. I am the Plaintiff in this action, appearing *pro se*.

2. On October 25, 2022 I served the Summons and Complaint in this action upon the following, by certified mail:

>Civil Process Clerk
>United States Attorney's Office, District of Massachusetts
>John Joseph Moakley Courthouse
>One Courthouse Way, Suite 9200
>Boston, MA 02210

>Merrick B. Garland
>Attorney General
>U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

U.S. Department of Defense

Office of General Counsel

1000 Defense Pentagon

Washington, DC 20301

Signed under the pains and penalties of perjury this 25th day of October.

        **/s/ Quinn Heath**

Quinn Heath, Esq.
MA Bar #709258
476 Windsor St.
Apt. 1
Cambridge, MA 02141
(617) 468-8343
qheath@bu.edu

*Pro Se*