UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS,
EASTERN DIVISION

| | |
|---|---|
| QUINN HEATH<br><br>*Plaintiff,*<br><br>v.<br><br>DEPARTMENT OF DEFENSE<br><br>*Defendant.* | Civil Action No. 1:22-cv-11811-AK |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Plaintiff Quinn Heath respectfully requests the court clerk enter a default against defendant, pursuant to Federal Rule of Civil Procedure 55.

## A. INTRODUCTION

1. Plaintiff is individual Quinn Heath.

2. Defendant is the Department of Defense, an agency of the United States.

3. On October 23, 2022, Plaintiff sued Defendant for failure to search for and disclose a single record pursuant to 5 U.S.C. § 552 et seq. (hereinafter, the "Freedom of Information Act"). Plaintiff filed a complaint with the Court on October 23, 2022.

4. On October 25, 2022, Defendant was served with a summons and a copy of Plaintiff's complaint by certified mail. Proof of mailing and digital receipt confirming delivery are

1

attached as Exhibit A.

5. Defendant did not file a responsive pleading or otherwise defend the suit by November 28, 2022.

6. Plaintiff is entitled to entry of default.

## B. ARGUMENT

7. The court clerk must enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); see United States v. $23,000 in United States Currency, 356 F.3d 157, 163 (1st Cir. 2004).

8. The clerk should enter a default against Defendant because Defendant, a U.S. agency, did not "serve an answer or otherwise plead . . . within thirty days after service upon the defendant[.]" See 5 U.S.C. § 552(a)(4)(C).

9. The thirty-day deadline pursuant to 5 U.S.C. § 552(a)(4)(C), accounting for extensions required under Fed. R. Civ. P. 6(a), tolled on November 28, 2022.

10. The clerk should enter a default against Defendant because Defendant did not otherwise defend the suit. Fed. R. Civ. P. 55(a).

11. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by Plaintiff Quinn Heath's sworn declaration, attached as Exhibit B.

## C. CONCLUSION

10. As Defendant has failed to respond to this suit by November 28, 2022, Plaintiff asks the clerk to enter a default in favor of plaintiff.

3

          Respectfully submitted this 29th day of November,

                    **/s/ Quinn Heath**
                    _____
                    Quinn Heath, Esq.
                    MA Bar #709258
                    476 Windsor St.
                    Apt. 1
                    Cambridge, MA 02141
                    (617) 468-8343
                    qheath@bu.edu

                    *Pro Se*

# EXHIBIT A




**Tracking Number:**

**70211970000206570146**

Remo

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:11 am on October 26, 2022 in BOSTON, MA 02210.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
BOSTON, MA 02210
October 26, 2022, 11:11 am

See All Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

**Tracking Number:**

**70211970000206570153**

Remove ✕

Copy    Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 5:06 am on October 28, 2022 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
October 28, 2022, 5:06 am

See All Tracking History

See More ⌄

Feedback

2

3

**Tracking Number:**

**70211970000206570160**

Copy    Add to Informed Delivery

Remove

**Latest Update**

Your item was picked up at a postal facility at 11:22 am on October 27, 2022 in WASHINGTON, DC 20310.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20310
October 27, 2022, 11:22 am

See All Tracking History

See More ∨

# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS,
EASTERN DIVISION

QUINN HEATH

    *Plaintiff,*

v.

DEPARTMENT OF DEFENSE

    *Defendant.*

Civil Action No. 1:22-cv-11811-AK

**PLAINTIFF'S AFFIDAVIT
IN SUPPORT OF ENTRY OF DEFAULT**

1. I am the individual Quinn Heath, Plaintiff in the captioned action.

2. I certify that I served the summons and a copy of the Complaint by certified mail on October 25, 2022, on each of the parties listed below:

    Civil Process Clerk
    United States Attorney's Office, District of Massachusetts
    John Joseph Moakley Courthouse
    One Courthouse Way, Suite 9200
    Boston, MA 02210

    Merrick B. Garland
    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    U.S. Department of Defense
    Office of General Counsel
    1000 Defense Pentagon
    Washington, DC 20301

3. The Freedom of Information Act requires an answer to be filed within thirty (30) days of Service. Fed. R. Civ. P. 6(d) provides an additional three days response to documents served by mail. Fed. R. Civ. P. 6(a)(1)(C) provides for deadlines that fall on a weekend to be tolled to the next business day. Therefore, an Answer was due by Defendant on November 28, 2022.

4. I received and have attached three certified mail receipts from the U.S. Postal Service with postal tracking information.

5. I reviewed and have attached three U.S. Postal Service postage tracking printouts and confirmed that all three parcels were delivered to the addresses listed above.

I declare under penalty of perjury on this 29th day of November that the foregoing is true and correct.

/s/ Quinn Heath
———————————————
Quinn Heath, Esq.
MA Bar #709258
476 Windsor St.
Apt. 1
Cambridge, MA 02141
(617) 468-8343
qheath@bu.edu

*Pro Se*